**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL GRAY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX CORPORATE SERVICES, et al.,<br><br>　　　　　　Defendants. | Case No. CV 14-9131 DMG (JEMx)<br><br>**JUDGMENT** |

　　Summary judgment having been granted as to all of Plaintiff's claims, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and Plaintiff shall recover nothing by way of her Complaint.

**IT IS SO ORDERED**.

DATED: April 21, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-